UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WANDA JAMES                                CIVIL ACTION

VERSUS                                     NO: 12-2793

CAROLYN W. COLVIN, ACTING                  SECTION: "J" (5)
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

### ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge **(Rec. Doc. 15)**, and Plaintiff's **Objections to the Report and Recommendations (Rec. Doc. 16)**, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion herein. Accordingly,

**IT IS ORDERED** that Plaintiff's **Objections (Rec. Doc. 16)** should be and hereby are **OVERRULED**;

**IT IS FURTHER ORDERED** that the Social Security Administration ("SSA")'s **Motion for Summary Judgment (Rec. Doc. 14)** is **GRANTED**, and that Plaintiff's **Motion for Summary Judgment (Rec. Doc. 12)** is **DENIED**. Plaintiff's claims against the SSA are

1

hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana this 23rd day of December, 2013.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE